IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION and the COMMONWEALTH OF MASSACHUSETTS *ex rel.* Maura Healey, Attorney General, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH EQUITY GROUP, LLC d/b/a KEY CREDIT REPAIR and NIKITAS TSOUKALES a/k/a NIKITAS TSOUKALIS, <br><br> Defendants. | No. 20-cv-10991 <br><br> Judge Rya W. Zobel |

**DEFENDANTS' NOTICE OF RULE 30(b)(6) DEPOSITION TO
PLAINTIFF BUREAU OF CONSUMER FINANCIAL PROTECTION**

To:    Nelle Rohlich
       Benjamin Konop
       Carmen Christopher
       Bureau of Consumer Financial Protection
       1700 G Street, NW
       Washington, DC 20552
       Nelle.Rohlich@cfpb.gov
       Benjamin.Konop@cfpb.gov
       Carmen.Christopher@cfpb.gov

**PLEASE TAKE NOTICE** that on October 27, 2022, at 10:00 a.m. CT, we will take the deposition of the Bureau of Consumer Financial Protection ("Bureau") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The deposition will be conducted remotely by videoconference on Zoom before a Notary Public or other person authorized by law to administer oaths and it will be recorded by stenographic and audio means and videotaped via the Zoom videoconferencing service.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Bureau shall produce a designated corporate representative(s) to testify as to matters known or reasonably available to the Bureau on the following subject matter:

1. Each and every specific advertisement, representation, telemarketing statement, or other statement made by Key Credit to actual or prospective consumers that the Bureau alleges reflects a "Promised Result" (as that term is used in 16 C.F.R. § 310.4(a)(2)(ii)) and upon which the Bureau bases its claims in this lawsuit.

2. Each and every specific advertisement, representation, or statement made by Key Credit to actual or prospective consumers that the Bureau alleges were false, misleading, or deceptive and upon which the Bureau bases its claims in this lawsuit, including but not limited to why the Bureau contends that each such representation or statement is false, misleading, or deceptive.

3. The circumstances and date(s) on which the Bureau first became aware of:

   a. Key Credit's advertisements, representations or other statements upon which the Bureau bases its claims that Key Credit violated the TSR;

   b. Key Credit's practice for how and when it billed customers; and

   c. facts the Bureau believes are sufficient to support the allegations for Counts I through IV of the Amended Complaint.

Dated: September 22, 2022                    Respectfully submitted,

                                             **COMMONWEALTH EQUITY GROUP, LLC d/b/a KEY CREDIT REPAIR and NIKITAS TSOUKALIS**

                                             By:    /s/ Timothy A. Hudson
                                                    One of Their Attorneys

2

Ex. A (Defs' Notice of Rule 30(b)(6) Dep. to Plf. CFPB)

Timothy A. Hudson, pro hac vice
Jordan E. Wilkow, pro hac vice
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Tel: (312) 762-9450
Fax: (312) 762-9451
thudson@tdrlawfirm.com
jwilkow@tdrlawfirm.com

-and-

David B. Mack (BBO No. 631108)
Stephanie R. Parker (BBO No. 687610)
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, Suite 400W
Burlington, MA 01803
Tel: (781) 359-9005
dmack@ocmlaw.net
sparker@ocmlaw.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was served on all counsel of record via e-mail on September 22, 2022.

                                                /s/ Timothy A. Hudson

Ex. A (Defs' Notice of Rule 30(b)(6) Dep. to Plf. CFPB)