# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION and the COMMONWEALTH OF MASSACHUSETTS *ex rel.* Maura Healey, Attorney General,<br><br>        Plaintiffs,<br><br>       v.<br><br>COMMONWEALTH EQUITY GROUP, LLC d/b/a KEY CREDIT REPAIR and NIKITAS TSOUKALES a/k/a NIKITAS TSOUKALIS,<br><br>        Defendants. | No. 20-cv-10991<br><br>Judge Rya W. Zobel |

## DEFENDANTS' NOTICE OF RULE 30(b)(6) DEPOSITION TO PLAINTIFF COMMONWEALTH OF MASSACHUSETTS

To: Lilia V. DuBois
   Assistant Attorney General
   Insurance & Financial Services Division
   One Ashburton Place, 18th Floor
   Boston, MA 02108
   Lilia.DuBois@state.ma.us

**PLEASE TAKE NOTICE** that on October 28, 2022, at 10:00 a.m. CT, we will take the deposition of the Commonwealth of Massachusetts *ex rel.* Maura Healey, Attorney General ("MAAG") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The deposition will be conducted remotely by videoconference on Zoom before a Notary Public or other person authorized by law to administer oaths and it will be recorded by stenographic and audio means and videotaped via the Zoom videoconferencing service.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the MAAG shall produce a designated corporate representative(s) to testify as to matters known or reasonably available to the MAAG on the following subject matter:

1. Each and every specific advertisement, representation, or statement made by Key Credit to actual or prospective consumers that the MAAG alleges were false, misleading, or deceptive and upon which the MAAG bases its claims in this lawsuit, including but not limited to why the MAAG contends that each such representation or statement is false, misleading, or deceptive.

2. The circumstances and date(s) on which the MAAG first became aware of:

   a. Key Credit's advertisements, representations or other statements upon which the MAAG bases its claims that Key Credit violated the MA-UDAP and/or the MA-CSO; and

   b. facts the Bureau believes are sufficient to support the allegations for Counts V through IX of the Amended Complaint.

| | |
|---|---|
| Dated: September 22, 2022 | Respectfully submitted,<br><br>COMMONWEALTH EQUITY GROUP, LLC d/b/a KEY CREDIT REPAIR and NIKITAS TSOUKALIS<br><br>By:   /s/ Timothy A. Hudson<br>        One of Their Attorneys |

Timothy A. Hudson, pro hac vice
Jordan E. Wilkow, pro hac vice
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Tel: (312) 762-9450
Fax: (312) 762-9451
thudson@tdrlawfirm.com

2

Ex. B (Defs' Notice of Rule 30(b)(6) to Plf Commonwealth of Mass.)

jwilkow@tdrlawfirm.com

-and-

David B. Mack (BBO No. 631108)
Stephanie R. Parker (BBO No. 687610)
O'Connor, Carnathan and Mack LLC
67 South Bedford Street, Suite 400W
Burlington, MA 01803
Tel: (781) 359-9005
dmack@ocmlaw.net
sparker@ocmlaw.net

3

Ex. B (Defs' Notice of Rule 30(b)(6) to Plf Commonwealth of Mass.)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served on all counsel of record via e-mail on September 22, 2022.

                                          /s/ Timothy A. Hudson

Ex. B (Defs' Notice of Rule 30(b)(6) to Plf Commonwealth of Mass.)