IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION and the COMMONWEALTH OF MASSACHUSETTS *ex rel.* Maura Healey, Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH EQUITY GROUP, LLC d/b/a KEY CREDIT REPAIR and NIKITAS TSOUKALES a/k/a NIKITAS TSOUKALIS<br><br>Defendants. | No. 20-cv-10991<br><br>Judge Rya W. Zobel |

### **DEFENDANTS' MOTION TO STAY**

Defendants Commonwealth Equity Group, LLC d/b/a Key Credit Repair and Nikitas Tsoukalis (together, "Key Credit") respectfully move to stay these proceedings pending resolution of plaintiff Bureau of Consumer Financial Protection's (the "Bureau") recently filed petition for a writ of certiorari to the United States Supreme Court to review the Fifth Circuit's recent decision in *Community Financial Services Association of America, Limited v. CFPB*. In support of this motion, Key Credit states as follows:

### **INTRODUCTION**

1. In bringing Counts I-IV of the Amended Complaint, the Bureau has employed, and is continuing to employ, unappropriated and unconstitutional funding sourced from the Federal Reserve. Absent this unconstitutional funding, the Bureau lacks the means to bring this action, and the Bureau's use of unappropriated funds in prosecuting the Amended Complaint has thus harmed Key Credit. Under the Fifth Circuit's recent decision in *Community Financial Services*

Denied
Rya W. Zobel, J. 12/14/22