UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bureau of Consumer Financial Protection, and the Commonwealth of Massachusetts *ex rel.* Maura Healey, Attorney General,<br><br>        Plaintiffs,<br><br>        v.<br><br>Commonwealth Equity Group, LLC (d/b/a Key Credit Repair) and Nikitas Tsoukalis (a/k/a Nikitas Tsoukales),<br><br>        Defendants. | Case No. 1:20-cv-10991-RWZ |

**Joint Status Report**

Plaintiffs, the Bureau of Consumer Financial Protection and the Commonwealth of Massachusetts *ex rel.* Maura Healey, Attorney General and Defendants, Commonwealth Equity Group, LLC and Nikitas Tsoukalis (collectively "the Parties") submit the following Joint Status Report in response to this Court's November 10, 2022 directive (ECF No. 85):

1. <u>Conferring of Parties</u>

   The Parties certify that they conferred about this Joint Status Report by telephone on December 20, 2022.

2. <u>Expert Witnesses</u>

   *Plaintiffs*: Plaintiffs anticipate using one or two experts at trial. Defendants produced 6,639 additional documents to Plaintiffs on December 14, 2022, pursuant to the Court's November 15, 2022 order. Plaintiffs anticipate reviewing those documents and submitting all relevant documents to the experts for review by February 1, 2023.

   *Defendants:* Defendants anticipate using one or two experts at trial. Defendants anticipate

1

submitting all relevant documents to the expert(s) for review by February 1, 2023.

3. The parties agree to the following scheduling order, taking into account the Parties' need to review documents, accommodate experts' availability, prepare expert reports and rebuttals, and take or defend depositions of the experts.

| Event | Proposed Date |
|---|---|
| Parties' Joint Status Report (set by the Court) | December 30, 2022 |
| Expert Witness Disclosures | March 1, 2023 |
| Rebuttal Expert Witness Disclosures | April 14, 2023 |
| Expert Witness Discovery Deadline | May 12, 2023 |
| Filing of Dispositive Motions | June 30, 2023 |
| Trial | TBD |

Respectfully submitted,

Dated: December 21, 2022          Bureau of Consumer Financial Protection

                                */s/* Nelle Rohlich

Nelle Rohlich (WI Bar No. 1047522)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel: (202) 435-7280
Nelle.Rohlich@cfpb.gov

Commonwealth of Massachusetts
Maura Healey, Attorney General

                                */s/* Lilia V. DuBois

Lilia V. DuBois (MA Bar No. 688848)
Assistant Attorney General
Insurance & Financial Services Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2239
Lilia.DuBois@state.ma.us

*Attorneys for Plaintiffs*

__/s/ Timothy A. Hudson_____
Timothy A. Hudson, pro hac vice
Jordan E. Wilkow, pro hac vice
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Tel: (312) 762-9450
Fax: (312) 762-9451
thudson@tdrlawfirm.com
jwilkow@tdrlawfirm.com

*Attorneys for Defendants*